UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RANDY GUINN,

        Plaintiff,                        Case No: 1:17-cv-11436-TLL-PTM
                                               Hon. Thomas L. Ludington
vs.                                           Mag. Judge Patricia T. Morris

PRAXAIR, INC., FIBA TECHNOLOGIES,
INC., FIKE CORPORATION, AND
CHART INDUSTRIES, INC.

        Defendants.
_____/

| | |
|---|---|
| CONYBEARE LAW OFFICE, P.C.<br>BARRY CONYBEARE (P52056)<br>Attorney for Plaintiff<br>519 Main Street<br>Saint Joseph, MI 49085<br>(248) 983-0561<br>barry@conybearelaw.com | THOMAS, DEGROOD & WITENOFF, P.C.<br>STEPHEN L. WITENOFF (P29815)<br>Attorneys for Defendant Fike Corporation<br>400 Galleria Officentre, Suite 550<br>Southfield, MI  48034<br>(248) 353-4450<br>switenoff@thomasdegrood.com |
| COLLINS EINHORN FARRELL PC<br>THERESA M. ASOKLIS (P42709)<br>RICHARD A. JOSLIN (P47510)<br>JAMES J. HUNTER (P74829)<br>Attorneys for Defendant Praxair, Inc.<br>4000 Town Center, 9th Floor<br>Southfield, MI  48075<br>(248) 355-4141<br>theresa.asoklis@ceflawyers.com<br>james.hunter@ceflawyers.com | SEGAL McCAMBRIDGE SINGER &<br>MAHONEY<br>DAVID J. YATES (P49405)<br>ERIC P. CONN (P64500)<br>MICHAEL P. WISNIEWSKI (P77343)<br>Attorneys for Defendant FIBA<br>3947 Thirteen Mile Road, Suite 203<br>Novi, MI 48377<br>(248) 994-0095<br>dyates@smsm.com econn@smsm.com<br>mwisniewski@smsm.com |

*(caption continued on next page)*

| | |
|---|---|
| JOHNSON LAW, PLC<br>VEN R. JOHNSON (P39219)<br>THOMAS W. WAUN (P34224)<br>MICHAEL E. FREIFELD (P48198)<br>Attorneys for Plaintiff<br>Capitol Theater Building<br>140 E. 2nd St., Ste. 201<br>Flint, MI 48502<br>(810) 695-6100<br>vjohnson@venjohnsonlaw.com<br>twaun@venjohnsonlaw.com | LEWIS, BRISBOIS, BISGAARD & SMITH, LLP<br>RYAN K. RUBIN (OH Bar No: 0077367)<br>Attorney for Defendant Chart Industries<br>1375 East 9th Street, Suite 2250<br>Cleveland, OH 44114<br>(216) 344-9422<br>ryan.rubin@lewisbrisbois.com |

_____/

## NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the attached Unopposed Motion to Compel Production in the above-entitled cause will be brought on for hearing and disposition before Judge Thomas L. Ludington of the U.S. District Court, on a date to be determined by the Court.

                                           Respectfully submitted,

                                           COLLINS EINHORN FARRELL PC

By:    */s/ James J. Hunter*
          THERESA M. ASOKLIS (P42709)
          RICHARD A. JOSLIN (P47510)
          JAMES J. HUNTER (P74829)
          Attorneys for Defendant Praxair
          4000 Town Center, 9th Floor
          Southfield, Michigan 48075
          (248) 355-4141

Dated: January 25, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RANDY GUINN,

       Plaintiff,   Case No: 1:17-cv-11436-TLL-PTM
                                    Hon. Thomas L. Ludington
vs.   Mag. Judge Patricia T. Morris

PRAXAIR, INC., FIBA TECHNOLOGIES,
INC., FIKE CORPORATION, AND
CHART INDUSTRIES, INC.

       Defendants.
_____/

| | |
|---|---|
| CONYBEARE LAW OFFICE, P.C.<br>BARRY CONYBEARE (P52056)<br>Attorney for Plaintiff<br>519 Main Street<br>Saint Joseph, MI 49085<br>(248) 983-0561<br>barry@conybearelaw.com | THOMAS, DEGROOD & WITENOFF, P.C.<br>STEPHEN L. WITENOFF (P29815)<br>Attorneys for Defendant Fike Corporation<br>400 Galleria Officentre, Suite 550<br>Southfield, MI  48034<br>(248) 353-4450<br>switenoff@thomasdegrood.com |
| COLLINS EINHORN FARRELL PC<br>THERESA M. ASOKLIS (P42709)<br>RICHARD A. JOSLIN (P47510)<br>JAMES J. HUNTER (P74829)<br>Attorneys for Defendant Praxair, Inc.<br>4000 Town Center, 9th Floor<br>Southfield, MI  48075<br>(248) 355-4141<br>theresa.asoklis@ceflawyers.com<br>james.hunter@ceflawyers.com | SEGAL McCAMBRIDGE SINGER & MAHONEY<br>DAVID J. YATES (P49405)<br>ERIC P. CONN (P64500)<br>MICHAEL P. WISNIEWSKI (P77343)<br>Attorneys for Defendant FIBA<br>3947 Thirteen Mile Road, Suite 203<br>Novi, MI 48377<br>(248) 994-0095<br>dyates@smsm.com econn@smsm.com<br>mwisniewski@smsm.com |

*(caption continued on next page)*

| | |
|---|---|
| JOHNSON LAW, PLC<br>VEN R. JOHNSON (P39219)<br>THOMAS W. WAUN (P34224)<br>MICHAEL E. FREIFELD (P48198)<br>Attorneys for Plaintiff<br>Capitol Theater Building<br>140 E. 2nd St., Ste. 201<br>Flint, MI 48502<br>(810) 695-6100<br>vjohnson@venjohnsonlaw.com<br>twaun@venjohnsonlaw.com | LEWIS, BRISBOIS, BISGAARD & SMITH, LLP<br>RYAN K. RUBIN (OH Bar No: 0077367)<br>Attorney for Defendant Chart Industries<br>1375 East 9th Street, Suite 2250<br>Cleveland, OH  44114<br>(216) 344-9422<br>ryan.rubin@lewisbrisbois.com |

_____/

## DEFENDANT PRAXAIR, INC.'S *UNOPPOSED* MOTION TO COMPEL PRODUCTION

Defendant Praxair, Inc., through its attorneys Collins Einhorn Farrell PC, asks this Court to enter an order compelling the production of the raw test data from neurological testing performed by Dr. Robert Louis Heilbronner, a clinical neuropsychologist, on plaintiff Randy Guinn. In this case, Dr. Heilbronner has opined that, "directly due to the 12/22/14 incident," Guinn has suffered numerous cognitive and emotional deficits.[1]

In reaching that opinion, Dr. Heilbronner has admittedly relied on numerous tests that were administered and scored by one of his graduate assistants.[2] Dr. Heilbronner has refused, however, to disclose the raw data underlying those tests

---

[1] **Exhibit 1**, Dr. Heilbronner's Neuropsychological Evaluation, p 5.
[2] See **Exhibit 2**, Dr. Heilbronner's Deposition Transcript, p 18; see also **Ex. 1**, Dr. Heilbronner's Neuropsychological Evaluation, pp 3-4.

2

based on his understanding of legal and ethical principles relative to psychologists—unless there is a court order:

> Q. What I'd like to do is mark your entire file as Exhibit No. 2, if that's possible.
>
> A. **Well, that's fine, but the caveat that the raw test data is something that I cannot release and will not release to a non-psychologist, according to the Illinois law and the recommendations, if you will, of the American Psychological Association, ethical principles.**
>
> Q. I assume you will release it according to a court order from a federal judge, correct?
>
> A. Indeed.[3]

Under Federal Rule of Civil Procedure 26(a)(2), a party's experts are undisputedly required to disclose "the facts or data considered by the witness in forming them[.]"[4] The Sixth Circuit Court of Appeals, following "the 'overwhelming majority' of courts," has interpreted and applied Rule 26(a)(2) broadly, "holding that Rule 26 creates a bright-line rule mandating disclosure of all documents, including attorney opinion work product, given to testifying experts."[5] And district

---

[3] **Ex. 2,** Dr. Heilbronner's Deposition Transcript, pp 12-13; see also pp 18 ("I'm reticent to give the exact item, again, for the reason that I can't disclose the test results to anyone except another psychologist for test security issues."), 19 ("I'm not trying to be difficult about that, but I respectfully refuse to give the specific test items from the protocol for the reasons I stated before.").
[4] Fed. R. Civ. P. 26(a)(2)(B)(ii).
[5] *Regional Airport Authority of Louisville v. LFG, LLC,* 460 F.3d 697, 716-717 (6th Cir. 2006).

courts in Michigan, as well as other states, have likewise recognized that parties are required to disclose raw test data that experts relied on in forming their opinions.[6]

As a result, Praxair is entitled to the raw test data that Dr. Heilbronner relied on in reaching his opinion in this case. Praxair sought concurrence from counsel for Guinn in the relief requested in this motion. Although Guinn's counsel would not stipulate to the relief requested, he does *not* oppose this request. Accordingly, Praxair asks this Court to enter an order compelling the production of the raw test data from neurological testing performed by Dr. Heilbronner.

                          Respectfully submitted,

                          COLLINS EINHORN FARRELL PC

By:   /s/ *James J. Hunter*
       THERESA M. ASOKLIS (P42709)
       RICHARD A. JOSLIN (P47510)
       JAMES J. HUNTER (P74829)
       Attorneys for Defendant Praxair
       4000 Town Center, 9th Floor
       Southfield, Michigan 48075
       (248) 355-4141

Dated: January 25, 2019

---

[6] *See, e.g.*, *Spencer v. Huron County*, Case No. 15-cv-12209 (E.D. Mich., September 2, 2016); 2016 WL 4578102, *4 (ordering the defendants "to provide copies of the examiner's notes, dictation tapes, or any other documents used and/or or referenced in generating the expert's report"); *Hirschheimer v. Associated Metals & Minerals Corp.*, Case No. 94 CIV. 6155 (JKF) (S.D. N.Y., December 12, 1995); 1995 WL 736901, *5 (ordering the defendant "to disclose the raw data from the MMPI-II if it intends to call either Dr. Cancro or Dr. Maxfield as a witness at trial, since the data forms part of the basis for their expert testimony").

<u>Certificate of Service</u>

The undersigned hereby certifies that on January 25, 2019, my assistant Sarah Sosa filed the foregoing papers with the Clerk of the Court, and all interested parties of record via United States District Court Eastern District of Michigan Northern Division E-Filing System.

           By:    <u>/s/ James J. Hunter</u>
                    THERESA M. ASOKLIS (P42709)
                    RICHARD A. JOSLIN (P47510)
                    JAMES J. HUNTER (P74829)